# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-983
Lower Tribunal No. 22-CC-001417

———————————————

FRANK GARCIA,

Appellant,

v.

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellee.

———————————————

Appeal from the County Court for Lee County.
Nicole Lynn Mirra, Judge.

January 9, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and MIZE, JJ., concur.

Jeremy D. Bailie, of Weber, Crabb & Wein, P.A., St. Petersburg, for Appellant.

C. Ryan Jones and Scot E. Samis, of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED